IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | No. 24-cr-00392-TNM |
| | : | |
| **DAVID VALENTINE,** | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

COMES NOW, Allen H. Orenberg and, pursuant to the Criminal Justice Act, hereby enters his appearance on behalf of the Defendant, David Valentine, in the above-captioned criminal cause.

Respectfully Submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, LLC
200-A Monroe Street, Suite 233
Rockville, Maryland 20850
Tel. No. 301-807-3847
Fax No. 240-238-6701
aorenberg@orenberglaw.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of September, 2024, a copy of the foregoing Notice of Appearance was delivered to case registered parties by the CM/ECF court system.

_____
Allen H. Orenberg