UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 24-cr-392 (TNM) |
| v. : | |
| : | |
| DAVID M. VALENTINE, : | |
| : | |
| Defendant. : | |

**JOINT MOTION TO CONTINUE STATUS HEARING**

The parties respectfully move the Court to continue the status hearing currently scheduled for September 11, 2024, in the above-captioned case. The defendant is unable to appear in person due to financial difficulties. The undersigned AUSA is scheduled to present a case to a grand jury panel at a time that conflicts with the status hearing. The parties have conferred and are in the process of exchanging discovery and they have begun discussions about resolving this case. The parties therefore respectfully request that the hearing be rescheduled for October 16, 2024, at 2:00 p.m., if the Court is available then. The parties are available any other day on the week of October 14th. The parties also agree that the exclusion of time under the Speedy Trial Act is warranted until the rescheduled hearing, and that the ends of justice served by the requested continuance would outweigh the interests of the public and the defendant in having a speedy trial.

Respectfully submitted,

For the Defendant:

ALLEN H. ORENBERG

By: _____

For the United States:

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Carlos A. Valdivia*
CARLOS A. VALDIVIA
Assistant United States Attorney
D.C. Bar No. 1019242
601 D Street, NW

Washington, D.C. 20530
(202) 252-7508
Carlos.Valdivia@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 24-cr-392 (TNM)** |
| v. | : | |
| | : | |
| **DAVID M. VALENTINE,** | : | |
| | : | |
| **Defendant.** | : | |

### [PROPOSED] ORDER

This matter having come before the Court pursuant to a Joint Motion to Continue, and upon consideration of the entire record, it is hereby:

ORDERED that the Motion is GRANTED; it is further

ORDERED that the hearing scheduled for September 11, 2024, is continued to October 16, 2024, at 2:00 p.m.; and it is further

ORDERED that the period from September 11, 2024, to October 16, 2024, shall be excluded from computing time under the Speedy Trial Act because the ends of justice served by such a continuance outweigh the interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(1) & (h)(7). The Court finds that the parties are working in good faith towards a potential resolution, and that delay is necessary for the parties to review discovery and work towards an agreement for pretrial disposition of the case.

**SO ORDERED**.

_____

HONORABLE TREVOR N. MCFADDEN
United States District Court Judge