# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 24-cr-392 (TNM) |
| v. : | |
| : | |
| DAVID M. VALENTINE, : | |
| : | |
| Defendant. : | |

## CONSENT MOTION TO CONTINUE STATUS HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia respectfully moves this Court to continue the status hearing currently scheduled for October 18, 2024, in the above-captioned case for 60 days. There is good cause for such an extension. The undersigned AUSA is preparing for two trials and needs additional time to extend a plea offer. In addition, the discovery in this case is voluminous. The government therefore respectfully requests that the hearing be rescheduled for December 18, 2024, at 2:00 p.m., if the Court is available then. The parties also agree that the exclusion of time under the Speedy Trial Act is warranted until the rescheduled hearing, and that the ends of justice served by the requested continuance would outweigh the interests of the public and the defendant in having a speedy trial. The government has conferred with the defense and they consent to this motion.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Carlos A. Valdivia*
CARLOS A. VALDIVIA
Assistant United States Attorney
D.C. Bar No. 1019242
601 D Street, NW
Washington, D.C. 20530
(202) 252-7508
Carlos.Valdivia@usdoj.gov