IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | No. 24-cr-00392-TNM |
| | : | |
| DAVID VALENTINE, | : | |
|    Defendant. | : | |

**CONSENT MOTION TO CONTINUE STATUS HEARING
SCHEDULED FOR DECEMBER 19, 2024**

COMES NOW DEFENDANT, David Valentine, by and through his attorney Allen H. Orenberg, and hereby respectfully requests the entry of an Order continuing the status hearing scheduled for December 19, 2024, to a date as suggested herein or to any other date convenient to the Court and to the parties.

As grounds, the following is stated:

1.    This motion is consented to by AUSA Carlos A. Valdivia. A status hearing (in-person) is scheduled for December 19, 2024, at 10:30 a.m. No trial has been scheduled by the Court.

2.    On December 10, 2024, the government sent defense counsel a "discovery letter" concerning production of information to be extracted from four digital devices taken from the defendant when he was arrested. The defense is requesting full extractions from all digital devices seized and, according to the government this process ". . . could take approximately thirty day to complete . . ."

After the digital extractions are produced, the defense will need additional time to review this case evidence. Furthermore, it is possible the defense will need

1

to retain an expert to review the digital extractions – which will likewise take additional time.

3. It is counsel's understanding Mr. Valentine is in full compliance of his conditions of release, set by this Court on September 5, 2024. [12] Defendant lives in Western Ohio and he is a single father of a 15 month old son. He is presently working, but he receives minimal wages. To require Mr. Valentine to personally appear in Court for a status hearing on December 19, 2024, he will have to leave his home on December 18th (he plans to drive) and possibly return to his home on December 20th. This will result in an extreme financial burden for him, including extraordinary expenses for childcare, travel and hotel accommodations.

4. Granting this motion will also conserve valuable attorney resources and should not affect the orderly administration of the Court's business.

5. The parties respectfully suggest the following dates for a continued status hearing: February 4, 5, 6, 7, 2025. (Late morning or early afternoon) If one of these dates is not convenient for the Court, then it is respectfully suggested that the Court Room Deputy Clerk consult with the parties for the selection of a new date / time for a status hearing.

6. The parties have conferred and we anticipate requesting March 17, 2025, for a trial date at the next status hearing.

7. Defendant David Valentine, by and through counsel, hereby consents to the tolling of the Speedy Trial Act until the next court hearing date.

WHEREFORE, for the foregoing reasons and such other reasons which may appear just and proper, Defendant David Valentine respectfully requests the entry of an Order continuing the status hearing scheduled for December 19, 2024, to a date as suggested herein or to any other date convenient to the Court and to the parties.

Respectfully Submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, LLC
200-A Monroe Street, Suite 233
Rockville, Maryland 20850
Tel. No. 301-807-3847
Fax No. 240-238-6701
aorenberg@orenberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of December, 2024, a copy of the foregoing Consent Motion to Continue Status Hearing Scheduled for December 19, 2024, and a proposed Order, was delivered to case registered parties by the CM/ECF court system.

_____
Allen H. Orenberg