### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **No. 24-cr-00392-TNM** |
| | : | |
| **DAVID VALENTINE,** | : | |
| **Defendant.** | : | |

### DEFENDANT'S WAIVER OF PERSONAL APPEARANCE
### FOR STATUS HEARING SCHEDULED FOR DECEMBER 19, 2024

I, David Valentine, the defendant in this case, hereby waive my personal appearance for the status hearing scheduled for December 19, 2024. (10:30 a.m.)

I have discussed with my lawyer, Allen H. Orenberg, my decision to waive my personal appearance. I understand I have the right to be personally present at the December 19th status hearing. However, I have decided to waive my personal appearance for this court hearing.

Furthermore, I discussed my Speedy Trial Act rights with Mr. Orenberg, which I fully understand. I consent to a tolling of the Speedy Trial Act from December 19, 2024, until the next scheduled court hearing. I

Respectfully Submitted,

David Valentine
David Valentine

Dated: Dec. 13, 2024

1