**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 24-CR-392** |
| | **:** | |
| **DAVID M. VALENTINE,** | **:** | |
| | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## ORDER

Pursuant to the motion filed by the United States, ECF 29, it is hereby ordered that the

Motion to Dismiss the Indictment pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this _____ day of _____, 2025.

_____

HONORABLE TREVOR N. MCFADDEN
United States District Court Judge